Entered: January 8, 2019
Signed: January 8, 2019

**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

**In re:   Case No.:  18−22746 − WIL    Chapter:  7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gerard Michael Shields
*debtor has no known aliases*
223 Finale Terrace
Silver Spring, MD 20901

Social Security No.:   xxx−xx−1306

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 9/26/18.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Laura J. Margulies is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** – *admin*